■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON BONILLA, Appellant. [749 NYS2d 880] —Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered February 1, 2001, convicting defendant of criminal possession of a controlled substance in the second degree, and sentencing him to a term of three years to life, unanimously affirmed.

Defendant's challenge to the validity of his plea is unpreserved (*People v Lopez*, 71 NY2d 662), and we decline to review it in the interest of justice. Were we to review this claim, we would find that defendant was fully apprised of the rights that he was waiving as a result of his guilty plea (*see Boykin v Alabama*, 395 US 238; *People v Harris*, 61 NY2d 9). The record establishes that there were two separate allocutions on defendant's plea, conducted on the same day. Viewing these proceedings as a whole, it is clear that defendant received all the appropriate warnings. Concur—Mazzarelli, J.P., Andrias, Saxe, Sullivan and Rosenberger, JJ.

■ In the Matter of JENNIFER R. and others, Children Alleged to be Permanently Neglected. TOMASITA R., Appellant, McMAHON SERVICES FOR CHILDREN et al., Respondents, et al., Respondent. [749 NYS2d 880] —Orders of disposition, Family Court, Bronx County (Clark Richardson, J., upon fact-finding and dispositional decisions of Marjory Fields, J.), entered on or about August 23, 1999, which, upon findings of permanent neglect, terminated respondent mother's parental rights to the subject children, and committed the guardianship and custody of the subject children to the Commissioner of Social Services and petitioner agency, unanimously affirmed, without costs.

Family Court properly declined to enter a suspended judgment in view of respondent's failure, over the lengthy period of the children's placement, to ameliorate the conditions that led to their placement (*see Matter of Michael B.*, 80 NY2d 299, 311; *Matter of Lauren Annette McL.*, 270 AD2d 102, *lv denied* 95 NY2d 755; *Matter of Sharlese Danielle S.*, 294 AD2d 267). Concur—Mazzarelli, J.P., Andrias, Saxe, Sullivan and Rosenberger, JJ.